# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

- FILED -

Anthony Picard II _____, )
*[Type or print your name on the line above]* )
)
v. )
)
Elkhart County Jail, Et al _____, )
*[Type or print only the name of the first* )
*person you are suing.]* )

JUL 23 2014

2:14 CV

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Cause No. _____

*[If you are appealing, put the case number here. If this is a new case, leave this blank, the clerk will supply the number.]*

## PRISONER PETITION TO PROCEED
## *IN FORMA PAUPERIS*

I, Anthony Picard II _____, offender number 112572 ___,
declare that I am unable to prepay the full filing fees and costs of this proceeding, or to give security because of my poverty. I believe that I am entitled to redress and I petition the court for leave to proceed *in forma pauperis* in my:

☒ 42 U.S.C. § 1983 Civil Rights Complaint ☐ 28 U.S.C. § 2254 Habeas Corpus Petition

☐ 42 U.S.C. § 1983 Civil Rights Appeal ☐ 28 U.S.C. § 2254 Habeas Corpus Appeal

1. Do you work? ☒ NO ☐ YES, I earn $ _____ per month.

2. Do you receive idle pay? ☒ NO ☐ YES, I receive $ _____ per month.

3. Have you ever filed a lawsuit in the United States District Court for the Southern District of Indiana? ☒ NO ☐ YES

4. Have you ever filed a lawsuit in a federal court outside of Indiana?
☒ NO ☐ YES, in the _____ District of _____ in the year _____.

*[Attach additional sheets if needed.]*

I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this 2nd day of July _____, 2014.

*Anthony Picard II*
Your Signature

**NOTE: You must have a prison official fill out the certificate on the back of this form and attach a copy of your prisoner trust account statement for the last six months.**

## OFFICIAL CERTIFICATE OF PRISONER ACCOUNT

I certify that _Picard, Anthony_ has $ _13.44_ in his/her prisoner trust account. I certify that during the last six (6) months (or ____ month(s) if the prisoner has been confined less than six months) that the prisoner's

average monthly BALANCE was $ _523.08_ ,

and that the prisoner's average monthly DEPOSITS were $ _56.04_ .

I certify that **I have attached** a true and correct copy of the **prisoner trust account statement** for the last six months or for the duration of his/her confinement at this institution if less than six months.

Signed this _27_ day of _July_ , 20_14_.

_C/o D. Bush 3C583_
Signature of Authorized Officer

_Barbara Bush Commissary Officer_
Printed Name and Job Title

_Elkhart County Sheriff Department_
Name of Institution

(Revised March 2002)

**REMOTE DEPOSITS REPORT**                                          Page    1 of    2

Elkhart County Jail
06/27/2014 12:34
ST  163  | OPR  C583

```
JCA Number      : 112572
Resident Name   : PICARD, ANTHONY
Time Frame      : 01/01/2014 00:00 - 06/27/2014 23:59
Sorted By       : Date/Time
```

| Date/Time | Amount | Receipt # | Sender Name | Vendor |
|---|---|---|---|---|
| 01/01/2014 13:18:28 | $75.00 | A198546 | Diane Laura | Court Money |
| 01/04/2014 17:42:07 | $100.00 | A198895 | Diane Laura | Court Money |
| 01/08/2014 14:43:38 | $60.00 | A199145 | Diane Laurie | Court Money |
| 01/11/2014 14:48:21 | $81.75 | A199549 | DIANNE LAURA | Cobra Cashier |
| 01/15/2014 15:14:32 | $80.00 | A199993 | Daine Laura | Court Money |
| 01/18/2014 17:15:15 | $65.00 | A200396 | Lashawna Adams | Court Money |
| 01/23/2014 10:08:06 | $11.75 | A200866 | BRITTANY SMITH | Cobra Cashier |
| 01/24/2014 12:39:26 | $80.00 | A200962 | Diane Laura | Court Money |
| 01/29/2014 17:16:36 | $50.00 | A201406 | Diane Laura | Court Money |
| 01/31/2014 18:52:08 | $50.00 | A201698 | Lashanna Adams | Court Money |
| 02/01/2014 20:36:21 | $50.00 | A201837 | Diane Laura | Court Money |
| 02/04/2014 21:07:29 | $60.00 | A202253 | Diane Laura | Court Money |
| 02/07/2014 16:30:07 | $60.00 | A202556 | Diane Laura | Court Money |
| 02/10/2014 09:52:55 | $30.00 | A202958 | Diane Laura | Court Money |
| 02/13/2014 14:22:58 | $50.00 | A203401 | Lashanna Adams | Court Money |
| 02/16/2014 18:32:16 | $60.00 | A203945 | Lashanna Adams | Court Money |
| 02/19/2014 14:12:54 | $31.75 | A204239 | STEVE | Cobra Cashier |
| 02/20/2014 13:30:23 | $80.00 | A204372 | Diane Laura | Court Money |
| 02/23/2014 17:04:34 | $100.00 | A204818 | Diane Laura | Court Money |
| 02/25/2014 12:37:48 | $36.75 | A205011 | HEATHER | Cobra Cashier |
| 02/26/2014 17:33:15 | $50.00 | A205197 | Amanda Wakeman | Court Money |
| 03/01/2014 17:55:46 | $100.00 | A205606 | Diana Laura | Court Money |
| 03/05/2014 13:35:09 | $40.00 | A206119 | Diane Laura | Court Money |
| 03/08/2014 16:22:14 | $40.00 | A206612 | Lashanna Adams | Court Money |
| 03/12/2014 19:53:59 | $70.00 | A207137 | Diane Laura | Court Money |
| 03/15/2014 19:56:08 | $16.75 | A207488 | MANDALUV | Cobra Cashier |
| 03/19/2014 17:03:03 | $40.00 | A208000 | Diane Laura | Court Money |
| 03/23/2014 17:01:42 | $50.00 | A208562 | Lashawna Adams | Court Money |
| 03/26/2014 12:20:43 | $80.00 | A208868 | Diane Laura | Court Money |
| 03/30/2014 19:55:17 | $60.00 | A209337 | Diane Laura | Court Money |
| 03/31/2014 21:56:53 | $40.00 | A209415 | Anthony Picard | Court Money |
| 04/01/2014 19:40:18 | $60.00 | A209485 | Diane Laura | Court Money |
| 04/05/2014 12:51:25 | $61.75 | A209879 | DIANNE LAURA | Cobra Cashier |
| 04/08/2014 18:59:43 | $70.00 | A210144 | Diane Laura | Court Money |
| 04/11/2014 15:52:31 | $25.00 | A210423 | Diane Laura | Court Money |
| 04/16/2014 10:04:58 | $53.00 | A210806 | Diane Laura | Court Money |
| 04/19/2014 14:19:47 | $100.00 | A211145 | diane loura | Court Money |
| 04/23/2014 12:46:05 | $80.00 | A211455 | Diane Laura | Court Money |
| 04/27/2014 17:53:22 | $50.00 | A211901 | Diane Laura | Court Money |

**REMOTE DEPOSITS REPORT**  Page    2 of    2

Elkhart County Jail
06/27/2014 12:34
ST  163  | OPR  C583

```
JCA Number     : 112572
Resident Name  : PICARD, ANTHONY
Time Frame     : 01/01/2014 00:00 - 06/27/2014 23:59
Sorted By      : Date/Time
```

| Date/Time | Amount | Receipt # | Sender Name | Vendor |
|---|---|---|---|---|
| 05/01/2014 14:00:21 | $25.00 | A212219 | Bonice Laura | Court Money |
| 05/02/2014 12:29:14 | $75.00 | A212304 | Lashawna Adams | Court Money |
| 05/04/2014 19:40:18 | $60.00 | A212586 | Diane Laura | Court Money |
| 05/09/2014 21:08:16 | $60.00 | A213010 | Anthony Picard | Court Money |
| 05/14/2014 13:56:53 | $50.00 | A213365 | Diane Lori | Court Money |
| 05/17/2014 19:12:27 | $30.00 | A213717 | Brian D Morris | Court Money |
| 05/18/2014 18:28:12 | $30.00 | A213806 | Anthony Picard | Court Money |
| 05/21/2014 20:53:14 | $40.00 | A214065 | Diane Laura | Court Money |
| 05/24/2014 15:45:02 | $30.00 | A214293 | Diane Laura | Court Money |
| 05/27/2014 20:57:11 | $50.00 | A214530 | Diane Laura | Court Money |
| 05/29/2014 16:05:00 | $40.00 | A214655 | DIANNE LAURA | GPS |
| 06/03/2014 10:23:43 | $70.00 | A215149 | Diane Laura | Court Money |
| 06/05/2014 18:37:12 | $40.00 | A215358 | Brian Morrin | Court Money |
| 06/11/2014 16:59:56 | $60.00 | A215914 | Diane Lori | Court Money |
| 06/17/2014 19:18:13 | $55.00 | A216528 | Diane Laura | Court Money |
| 06/21/2014 10:49:12 | $100.00 | A216985 | Diane Laura | Court Money |
| 06/26/2014 15:10:15 | $25.00 | A217456 | VONICE LAURA | GPS |

Total Number / Amount from ALL                    56     $3,138.50

\* denotes voided transactions

## RESIDENT STATEMENT OF AVERAGE BALANCES

Page   1 of   1

Elkhart County Jail
06/27/2014 12:33
ST  163  | OPR  C583

```
JCA Number            :  112572
Resident Name         :  PICARD, ANTHONY JOSEPH
Number of Days        :  182


 AVERAGE DEPOSIT AMOUNT :           $0.00
  AVERAGE DAILY BALANCE :          $13.44
        CURRENT BALANCE :          $25.35
```

**REMOTE DEPOSITS REPORT**                                                              Page     1 of     1

Elkhart County Jail
06/27/2014 12:18
ST  163  | OPR  C583

```
JCA Number     : 69065
Resident Name  : GEORGE, BRIAN
Time Frame     : 01/27/2014 00:00 - 06/27/2014 23:59
Sorted By      : Date/Time
```

| Date/Time | Amount | Receipt # | Sender Name | Vendor |
|---|---|---|---|---|
| 01/29/2014 19:00:12 | $51.75 | A201435 | LOVE YOU | Cobra Cashier |
| 02/02/2014 19:19:49 | $66.75 | A201989 | AMARI | Cobra Cashier |
| 02/08/2014 11:44:34 | $76.75 | A202678 | LOVE YOU | Cobra Cashier |
| 02/09/2014 10:00:08 | $56.75 | A202774 | KEYSHIA COLE | Cobra Cashier |
| 02/12/2014 15:38:45 | $81.75 | A203240 | LOVE YOU | Cobra Cashier |
| 02/14/2014 20:32:48 | $96.75 | A203650 | LOVE YOU SWEETIE | Cobra Cashier |
| 02/19/2014 20:40:57 | $56.75 | A204308 | ILOVE | Cobra Cashier |
| 03/02/2014 19:03:15 | $101.75 | A205786 | LOVE   YOU | Cobra Cashier |
| 03/07/2014 11:07:31 | $106.75 | A206410 | SHARIA | Cobra Cashier |
| 03/16/2014 20:50:11 | $41.75 | A207665 | SHARIA | Cobra Cashier |
| 03/21/2014 21:20:23 | $66.75 | A208313 | SHARIA | Cobra Cashier |
| 03/25/2014 13:52:19 | $46.75 | A208783 | ANNA CRAYTON | Cobra Cashier |
| 03/30/2014 14:30:19 | $96.75 | A209287 | S | Cobra Cashier |
| 04/06/2014 18:46:36 | $56.75 | A210013 | BRIAN RAMON GEORGE | Cobra Cashier |
| 04/11/2014 21:29:16 | $36.75 | A210473 | SHARIA | Cobra Cashier |
| 04/20/2014 17:56:15 | $41.75 | A211256 | ANNA CRAYTON | Cobra Cashier |
| 04/25/2014 14:39:02 | $26.75 | A211664 | B | Cobra Cashier |
| 04/25/2014 16:55:17 | $21.75 | A211693 | SHARIA | Cobra Cashier |
| 04/29/2014 17:46:12 | $46.75 | A212028 | ANNA   CRAYTON | Cobra Cashier |
| 05/06/2014 18:09:44 | $46.75 | A212694 | ANNA CRAYTON | Cobra Cashier |
| 05/09/2014 22:17:09 | $26.75 | A213019 | SHARIA | Cobra Cashier |
| 05/16/2014 13:59:27 | $46.75 | A213547 | ANNA CRAYTON | Cobra Cashier |
| 05/20/2014 13:38:05 | $41.75 | A213931 | ANNA   CRAYTON | Cobra Cashier |
| 05/23/2014 14:57:01 | $30.00 | A214170 | Card Holder | **Telerus** |
| 05/30/2014 12:52:40 | $100.00 | A214741 | Card Holder | **Telerus** |
| 06/08/2014 21:28:31 | $36.75 | A215713 | SHARIA | Cobra Cashier |
| 06/10/2014 12:37:13 | $41.75 | A215809 | ANNA CRAYTON | Cobra Cashier |
| 06/16/2014 12:44:21 | $41.75 | A216442 | ANNA CRAYTON | Cobra Cashier |

Total Number / Amount from ALL                                28       $1,590.50

\* denotes voided transactions

*[handwritten:]* 6 ⟌ 1590.50 = 256.08 = Monthly bal.

*[handwritten:]* 28 ⟌ 1590.50 = 56.80 = Monthly Ave. dep.

**RESIDENT STATEMENT OF AVERAGE BALANCES**                                        Page    1 of    1

Elkhart County Jail
06/27/2014 12:20
ST  163  | OPR  C583

| | |
|---|---|
| JCA Number | : 69065 |
| Resident Name | : GEORGE, BRIAN RAMON |
| Number of Days | : 182 |

| | |
|---|---|
| AVERAGE DEPOSIT AMOUNT : | $0.00 |
| AVERAGE DAILY BALANCE : | $28.04 |
| CURRENT BALANCE : | $3.95 |

# **OFFICIAL CERTIFICATE OF PRISONER ACCOUNT**

I certify that _George, Brian_ has $ _3.95_ in his/her prisoner trust account. I certify that during the last six (6) months (or _____ month(s) if the prisoner has been confined less than six months) that the prisoner's

average monthly BALANCE was $ _265.08_ ,

and that the prisoner's average monthly DEPOSITS were $ _56.80_ .

I certify that **I have attached** a true and correct copy of the **prisoner trust account statement** for the last six months or for the duration of his/her confinement at this institution if less than six months.

Signed this _27_ day of _July_ , 20 _14_.

_C/o B. Bush 3C583_
Signature of Authorized Officer

_Barbara Bush Commissary Officer_
Printed Name and Job Title

_Elkhart County Sheriff Dept_
Name of Institution

(Revised March 2002)